IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | No. C 05-2667 SBA |
| Plaintiff. | |
| v. | **ORDER** |
| EL CAMINO PAVING, | [Docket Nos. 12, 19] |
| Defendant. | |

This matter comes before the Court on Magistrate Judge Chen's Report and Recommendation re Plaintiff's Motion for Default Judgment [Docket No. 19]. None of the parties to the instant action filed any objections to the report by the deadline of April 26, 2006.

Having considered the report, and the recommendations therein, and for good cause appearing, this Court hereby ADOPTS Magistrate Judge Chen's Report and Recommendation re Plaintiff's Motion for Default Judgment.

Accordingly,

IT IS HEREBY ORDERED THAT Magistrate Judge Chen's Report and Recommendation re Plaintiff's Motion for Default Judgment [Docket No. 19] is ADOPTED.

IT IS FURTHER ORDERED THAT Plaintiff's Motion for Default Judgment [Docket No. 12] is GRANTED.

IT IS FURTHER ORDERED THAT judgment shall be entered in favor of Plaintiff and against Defendant El Camino Paving for liquidated damages in the amount of $2,281.00.

IT IS FURTHER ORDERED THAT Plaintiffs shall be awarded interest in the total amount of $74.21, attorney's fees in the amount of $540.00, and costs in the amount of $325.00. Plaintiff is hereby allowed to reserve its right to audit Defendant for any periods not previously audited, including the time

1 period at issue in this case. This judgment shall have no effect on either (a) Plaintiff's right to audit
2 Defendant and collect by subsequent legal action any sum found thereby to be due; or (b) Plaintiff's right
3 to collect by subsequent legal action any sums found to be due for any time period other than that
4 covered by the judgment.  The Clerk shall close the file and terminate any pending matters.

   IT IS SO ORDERED.

Dated: 4/27/06                              SAUNDRA BROWN ARMSTRONG
                                            United States District Judge