1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6
                          UNITED STATES DISTRICT COURT
7
                         NORTHERN DISTRICT OF CALIFORNIA
8

9  NORTHWEST ADMINISTRATORS, INC.,    )   NO. C 05 2667 SBA(JCS)
                                      )
10                                    )
                     Plaintiffs,      )
11                                    )   ORDER OF EXAMINATION
              vs.                     )
12                                    )
   EL CAMINO PAVING, etc.,            )
13                                    )
                                      )
14                   Defendants.      )
   _____)
15
   To:  Estevan Alva, President of Defendant,
16      El Camion Paving
        924 San Rafael,
17      Mountain View, CA 94043

18         You the above named custodian of records of judgment debtor

19  ARE HEREBY ORDERED to appear personally on **Friday, August 11, 2006 at**

20  **9:30 a.m., at 450 Golden Gate Avenue, San Francisco, CA , 15th Floor**,

21  **Courtroom A, before the Magistrate Judge Joseph C. Spero** then and

22  there to be examined on oath concerning your property or other matters

23  material to the proceedings.

24         You are ordered to bring with you the following documents:

25         1.   The corporation's bylaws, share register and minute

26  book;

27         2.   Title documents to all equipment and vehicles of

28  debtor;

           ORDER OF EXAMINATION                                       1

1    3.   All lists and schedules of rented, leased and owned
2 equipment of debtor;
3    4.  Copies of all real property and personal property leases
4 wherein debtor is a party;
5    5.   Copies of all tax bills, deeds, contracts, deeds of
6 trust or deposit receipts relating to all real and personal property
7 in which any interest is held;
8    6.   Annual Financial Statements for 2005 and 2006; all
9 monthly financial statements for 2006;
10   7.   Federal tax returns for the last two years;
11   8.  All bank statements, deposit slips and canceled checks
12 for all accounts for January 1, 2006 to date;
13   9.   The last tax return filed with the Franchise Tax
14 Board;
15   10.  Copies of all purchase orders, change orders accepted
16 bids, and contracts which relate in any way to work performed by
17 debtor during the period from January 1, 2006 to date;
18   11.    All accounts receivable lists generated by the
19 Company from January 1, 2006 to date;
20   12.  Cash Disbursement Journals for 2005 and 2006;
21   13.  All documents related to any loans to debtor or by
22 debtor by any present or former shareholders, officers or employees
23 of debtor;
24   14.  All documents related to any completed, pending or
25 failed sale of substantially all corporate assets during the last
26 three years.
27   15.  All personal guarantees made by any officer, agent or
28 shareholder for the benefit of debtor.

ORDER OF EXAMINATION                                              2

1       NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE
2 TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
3 AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
4 REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
5 JUDGMENT CREDITOR IN THIS PROCEEDING.

7 Dated: June 23, 2006

                                         _____
                                     Magistrate Judge Joseph C. Spero

ORDER OF EXAMINATION         3